# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145416(87)

_____

In re CULLEN ALEXANDER TIEMANN
_____

PEOPLE OF THE STATE OF MICHIGAN,
    Petitioner-Appellee,

v

CULLEN ALEXANDER TIEMANN,
    Respondent-Appellant.

_____

SC:    145416-17
CoA:  303813, 30640
Ionia Juv Div: 2010-000169-DL

On order of the Chief Justice, the motion for temporary admission to practice of Marsha L. Levick is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2012

_____
Clerk